5

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARCO A. GARZA, SR. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-018  B-99-18 |
| | § | |
| HUGH M. DAVIS, JR., | § | |
| TIMOTHY M. HOLLOWAY | § | |

## O R D E R

This case was removed by the Defendants from the 229th Judicial District Court of Starr County, Texas. Starr County is within the McAllen Division of the Southern District of Texas.

IT IS **ORDERED** that this case be transferred from the Brownsville Division of the Southern District of Texas to the McAllen Division of the Southern District of Texas.

SIGNED this 18th day of March, 1999 at Brownsville, Texas.

John Wm. Black
United States Magistrate Judge